### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MARCO COLE**                                                                                   **PLAINTIFF**

**v.**                                    **CASE NO. 4:25-CV-00536-BSM**

**NORTH LITTLE ROCK SCHOOL DISTRICT**                                    **DEFENDANT**

### ORDER

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE